UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

LESLIE GREER,   CASE NO.: 0:11-cv-60550-WPD-LSS

Plaintiff,

vs.

D&D HIRO MARU, INC., a Florida corporation,

Defendant.

_____/

**JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff, LESLIE GREER and Defendant D&D HIRO MARU INC., a Florida corporation, by and through their undersigned attorneys and hereby file their Notice of Voluntary Dismissal With Prejudice for the above-styled cause.

Dated: May 5, 2011                                    Respectfully submitted,

/s/ Stephan M. Nitz                                   /s/ Kevin Markow
Stephan M. Nitz                                       Kevin Markow
Florida Bar No.: 45561                                Florida Bar No.: 66982
Attorneys for Plaintiff                               Attorneys for Defendant
Schwartz Zweben, L.L.P.                               Becker Poliakoff
3876 Sheridan Street,                                 3111 Stirling Road
Hollywood, Florida 33021                              Fort Lauderdale, Florida 33312-6525
Telephone:  (954) 966-2483                            Telephone: (954) 985-4174
Facsimile:  (954) 966-2566                            Facsimile: (954) 985-4176
snitz@szalaw.com                                      Kmarkow@becker-poliakoff.com
(Signed by Defendant's counsel
with permission)

1